Tom SALMON, Appellant, v. UNITED STATES of America, Appellee.

No. 6545.

Circuit Court of Appeals, Fifth Circuit.
Oct. 15, 1932.

Rehearing Denied Dec. 3, 1932.

Frank A. Doughman, of Atlanta, Ga., and M. B. Eubanks, of Rome, Ga., for appellant.

E. S. Chastain and J. M. Johnson, Asst. U. S. Attys., both of Atlanta, Ga.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.